UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:19-CR-00220-D-1

| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| SALVADOR IBARRA ESCALANTE, | ) | |
| a/k/a "Billy Escalante." | ) | |
| | ) | |
| Defendant. | ) | |

For good cause shown, defendant, SALVADOR IBARRA ESCALANTE's, Motion to Seal Unopposed Motion is hereby GRANTED.

SO ORDERED, this the __27__ day of January 2021.

James C. Dever III
United States District Judge

1